```
1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    JEREMY S. KROGER, Bar #258956
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California 93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    Jesus Ramon Avilez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-00187 LJO |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND ORDER THEREON |
| v. | ) | |
| | ) | Date: November 12, 2012 |
| JESUS RAMON AVILEZ, | ) | Time: 8:30 p.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| *Defendant.* | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney, counsel for Plaintiff, and JEREMY S. KROGER, Assistant Federal Defender and counsel for Defendant Jesus Ramon Avilez, that the change-of-plea hearing in this matter, currently scheduled for October 1, 2012, may be continued to November 13, 2012, at 8:30 a.m., or the soonest date thereafter that is convenient to the Court. Additionally, because of the tentative plea agreement reached by the parties, it is further stipulated that the jury trial currently scheduled for October 16, 2012, be vacated as to Jesus Ramon Avilez, together with any associated dates.

This continuance is requested for further negotiation between the parties, as well as defense investigation and preparation.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  further plea negotiations and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A). For
3  this reason, the ends of justice served by the granting of the requested continuance outweigh the interests
4  of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 27, 2012        By /s/ Laurel Montoya
                                 LAUREL MONTOYA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 27, 2012        By /s/ Jeremy S. Kroger
                                 JEREMY S. KROGER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Jesus Ramon Avilez

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: September 27, 2012

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court