| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | LAUREL J. MONTOYA |
| | Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00187-LJO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ZACARIAS CASTRO ROCHA, | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record, and defendant Zacarias Castro Rocha, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on October 16, 2012 at 8:30 a.m.

2. By this stipulation, parties now move to vacate the trial date and continue the status conference until November 13, 2012 at 8:30 a.m. and to exclude time between October 16, 2012 and November 13, 2012 under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a. The parties continue to be actively engaged in plea negotiations. Additionally, recent developments require additional defense investigation and preparation.

    b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

Castro Rocha Stipulation and Proposed Order

1

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 16, 2012 to November 13, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 27, 2012        /s/ Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant United States Attorney


DATED: September 27, 2012        /s/Richard Beshwate, Jr.
                                 RICHARD BESHWATE, JR.
                                 Attorney for Defendant Castro Rocha


O R D E R

IT IS SO FOUND AND ORDERED this 27th day of September, 2012.

                                 /s/ Lawrence J. O'Neill_____
                                 HON. LAWRENCE J. O'NEILL
                                 UNITED STATES DISTRICT JUDGE