**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, ZACARIAS CASTRO ROCHA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.1:11-CR-00187 LJO |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **TO CONTINUE TRIAL** |
| | ) |
| ZACARIAS CASTRO ROCHA, | ) DATE: JUNE 4, 2013 |
| | ) TIME:   8:30 am |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill |
| | ) |

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and LAUREL J. MONTOYA,

Assistant U.S. Attorney for Plaintiff, that the trial currently scheduled for JUNE 4, 2013,

at 8:30 a.m. shall be continued until JULY 22, 2013, at 8:30 a.m. for trial confirmation and AUGUST

27, 2013, at 8:30 a.m. for, trial or to a date the Court deems appropriate.

///

1
This continuance is necessary because defendant's attorney has conflicting trials set this month, the

2
first is a State court murder trial set on May 20, 2013, the second is a re-trial from a hung jury on a "gang

3
phase" of a trial with 4 defendants. The gang retrial is set to trail the murder case and will conflict with the

4
federal matter and due to the number of attorneys and expert witnesses in the gang case and will not have

5
enough time to prepare for Mr. Castro Rocha's hearing which is currently set for trial on June 4, 2013.

6

7
DATED: May 3, 2013

8
Respectfully submitted,
/S/ Richard A. Beshwate, Jr._____

9
RICHARD A. BESHWATE, JR.
Attorney for Defendant, ZACARIAS CASTRO ROCHA

10

11

12
DATED: May 6, 2013

13
Respectfully submitted,
/S/ Laurel Montoya

14
LAUREL MONTOYA
Assistant U.S. Attorney

15

16
**ORDER**

17
IT IS HEREBY ORDERED THAT the date set for trial confirmation be continued to JULY 22,

18
2013,and AUGUST 27, 2012, at 8:30 a.m. for trial.

19

20
IT IS SO ORDERED.

21
Dated: **May 6, 2013**          **/s/  Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

22

23

24